# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**468**

**CA 10-02290**

PRESENT: SCUDDER, P.J., FAHEY, LINDLEY, AND MARTOCHE, JJ.

---

BRENDA L. D'AMBRA, PLAINTIFF-APPELLANT,

V                                                    ORDER

RICHARD T. D'AMBRA, DEFENDANT-RESPONDENT.
-------------------------------------------
DEAN J. FERO, ATTORNEY FOR THE CHILDREN,
RESPONDENT.
(APPEAL NO. 1.)

---

DAVIDSON FINK, LLP, ROCHESTER (DONALD A. WHITE OF COUNSEL), FOR
PLAINTIFF-APPELLANT.

SAMUEL A. DISPENZA, JR., EAST ROCHESTER (TERRENCE G. BARKER OF
COUNSEL), FOR DEFENDANT-RESPONDENT.

DEAN J. FERO, ATTORNEY FOR THE CHILDREN, ROCHESTER, RESPONDENT PRO SE.

---

Appeal from an order of the Supreme Court, Monroe County (Elma A.
Bellini, J.), entered September 29, 2010 in a divorce action. The
order, among other things, determined the equitable distribution of
the marital assets.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051).

Entered: April 27, 2012                          Frances E. Cafarell
                                                 Clerk of the Court